1  SUZANNE A. LUBAN, SBA No. 120629
   Attorney at Law
2  3758 Grand Ave. #4
   Oakland, California 94610
3  Telephone 510/832-3555

4  Attorney for Defendant
   REGINALD HILEY
5

6
                    UNITED STATES DISTRICT COURT
7
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                          (Oakland Venue)

9

10 UNITED STATES OF AMERICA,    )   CR 03-40015-SBA
                                )
11              Respondent,     )   STIPULATION & P~~ROPOSED~~
                                )   ORDER ADVANCING
12      vs.                     )   STATUS CONFERENCE
                                )   ON SUPERVISED RELEASE
13 REGINALD HILEY,              )   MATTER
                                )
14              Movant.         )
                                )
15 _____)   Judge: Hon. Kandis A. Westmore

16

17      The U.S. Probation Office filed a Form 12 Petition against defendant Reginald

18 Hiley on April 16, 2012, alleging violations of the conditions of supervised release.

19 Two violations are alleged, a new criminal offense related to his arrest on April 10,

20 2012, and a positive drug test for marijuana. Mr. Hiley is currently set to appear

21 before this Court for status on the supervised release matter on Friday, December 21,

22 2012.

23      The parties respectfully request that this Court issue an order advancing the

24 December 21, 2012 status conference two days, to Wednesday, December 19, 2012,

25 to accommodate both attorneys' schedules. Both counsel and U.S. Probation Officer

26 Mark Unalp are available to appear on December 19, 2012. Mr. Hiley is in custody.

27 It is anticipated that the defendant will enter an admission of the supervised release

28 violation

1  allegations, and the parties will request the matter to be set on Judge Armstrong's
2  calendar for sentencing.
3  SO STIPULATED:
4
                                            MELINDA HAAG
5                                           United States Attorney
6
   DATED: November 15, 2012              /S/  *Natalie Lee*
7                                           NATALIE LEE
                                            Assistant United States Attorney
8
9
10
   DATED: November 15, 2012              /S/  *Suzanne A. Luban*
11                                          SUZANNE A. LUBAN
                                            Attorney for Reginald L. Hiley
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland Venue)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 03-40015-SBA |
| ) | |
| Plaintiff, ) | [PROPOSED] |
| ) | ORDER TO ADVANCE |
| vs. ) | STATUS CONFERENCE |
| ) | |
| REGINALD HILEY ) | |
| ) | |
| Defendant. ) | |
| _____) | Judge: Hon. Kandis A. Westmore |

For good cause shown, the Court hereby advances the status hearing previously set for December 21, 2012, on the supervised release violation petition pending against defendant Reginald Hiley, to December 19, 2012 at 9:30 a.m. before this Court.

IT IS SO ORDERED.

DATED: 11/16/12

_____
Hon. KANDIS A. WESTMORE
United States Magistrate Judge