1  SUZANNE A. LUBAN
   Attorney at Law
2  State Bar No.: 120629
   3758 Grand Ave. #4
3  Oakland, California 94610
   Telephone 510/832-3555
4  Fax 510/832-3558

5
   Attorney for Defendant
6  REGINALD HILEY

7
                    UNITED STATES DISTRICT COURT
8
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                         (Oakland Venue)

10

11
   UNITED STATES OF AMERICA,        )    CR 03-40015-SBA
12                                   )
                 Plaintiff,          )    STIPULATION & ~~PROPOSED~~
13                                   )    ORDER CONTINUING
          vs.                        )    STATUS CONFERENCE
14                                   )    ON SUPERVISED RELEASE
   REGINALD HILEY,                   )    MATTER
15                                   )
                 Defendant.          )
16  _____ )    Judge: Hon. Kandis A. Westmore

17

18       The U.S. Probation Office filed a Form 12 Petition on April 16, 2012 alleging

19  violations of supervised release against defendant Reginald Hiley arising from his

20  arrest on April 10, 2012 on charges of conspiracy to rob a cocaine stash house.  Mr.

21  Hiley most recently appeared on December 19, 2012 before Magistrate Judge

22  Westmore and the matter was continued to January 29, 2013 for further status on the

23  supervised release violation.

24       The parties again seek a continuance of this matter, for three reasons: (1) counsel for

25  Mr. Hiley requires additional time to consult with her client; (2) AUSA Natalie Lee is

26  currently in a trial in San Francisco that will still be ongoing during the week of January 28,

27  2013 including Tuesday, January 29, preventing her from appearing in Oakland for the

28  hearing on Mr. Hiley's matter; and (3) counsel for Mr. Hiley is starting a new teaching

                                     1

1   position at Stanford Law School and was just informed that she is suddenly needed to start

2   on Monday, January 28 instead of March 1 as originally planned.  This final reason listed is

3   the reason for the somewhat lengthy continuance requested. The entire week of March 25 is

4   available for both counsel to appear.

5           The parties respectfully request that this Court issue an order vacating the January

6   29, 2013 status conference on the supervised release matter and setting it before the duty

7   magistrate judge (Magistrate Judge Westmore) for further status on Monday, March 25,

8   2013 at 9:30 a.m.  Both attorneys are available on that date, as is U.S. Probation Officer

9   Mark Unalp.  Mr. Hiley remains in custody.

10          SO STIPULATED:

11
                                                MELINDA HAAG
12                                              United States Attorney

13
    DATED: January 25, 2013              /S/  *Natalie Lee*
14                                              NATALIE LEE
                                                Assistant United States Attorney
15

16

17
    DATED: January 25, 2013              /S/  *Suzanne A. Luban*
18                                              SUZANNE A. LUBAN
                                                Attorney for Reginald L. Hiley
19

20

21

22

23

24

25

26

27

28

2

1
2
3
4
5
6

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland Venue)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 03-40015-SBA |
| | ) | |
| Plaintiff, | ) | [PROPOSED] |
| | ) | ORDER TO |
| vs. | ) | CONTINUE STATUS |
| | ) | CONFERENCE |
| REGINALD HILEY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | Judge: Hon. Kandis A. Westmore |

For the reasons stated in the stipulation filed by counsel, the Court finds that a continuance of the January 29, 2013 hearing on the supervised release violation petition pending against defendant Reginald Hiley is warranted.  That hearing is vacated, and the matter is hereby set before the duty magistrate judge on Monday, March 25, 2013 at 9:30 a.m. for further status.

IT IS SO ORDERED.

DATED:__1/28/13_____                     _____
                                          Hon. Kandis A. Westmore
                                          United States Magistrate Judge