1 SUZANNE A. LUBAN
Attorney at Law
2 State Bar No.: 120629
3758 Grand Ave. #4
3 Oakland, California 94610
Telephone 510/832-3555
4 Fax 510/832-3558

5
Attorney for Defendant
6 REGINALD HILEY

7
UNITED STATES DISTRICT COURT
8
FOR THE NORTHERN DISTRICT OF CALIFORNIA
9 (Oakland Venue)

10

11
UNITED STATES OF AMERICA,          )    CR 03-40015-SBA
12                                          )
            Plaintiff,             )    STIPULATION & PROPOSED
13                                          )    ORDER CONTINUING
    vs.                           )    STATUS CONFERENCE
14                                          )    ON SUPERVISED RELEASE
REGINALD HILEY,                   )    MATTER AND PROPOSED
15                                          )    ORDER
            Defendant.            )
16 _____ )    Judge: Hon. Kandis A. Westmore

17

18       The U.S. Probation Office filed a Form 12 Petition on April 16, 2012 alleging

19 violations of supervised release against defendant Reginald Hiley arising from his arrest on

20 April 10, 2012 on drug charges.  This matter has been continued three times for reasons

21 stated in a previously filed request.  Each order has stated: "If the circumstances requiring

22 the continuance are still extant as that date approaches, the parties shall submit a stipulation

23 seeking a further continuance."

24       The parties agree and stipulate that the circumstances requiring the prior continuance

25 are still extant, and that it is in the interest of justice to delay proceedings in the supervised

26 release matter until the new criminal case is resolved.

27       The parties respectfully request that this Court issue an order vacating the March 25,

28 2013 status conference on the supervised release matter and setting it before the duty

1

1    magistrate judge for further status on August 28, 2013 at 9:30 a.m.  Mr. Hiley remains in

2    custody.

3        SO STIPULATED:

4

                               MELINDA HAAG

5                                United States Attorney

6    DATED: March 13, 2013         /S/ *Natalie Lee*

7                                NATALIE LEE

                               Assistant United States Attorney

8

9

10    DATED: March 13, 2013         /S/ *Suzanne A. Luban*

11                                SUZANNE A. LUBAN

                               Attorney for Reginald L. Hiley

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland Venue)

UNITED STATES OF AMERICA,      )        CR 03-40015-SBA
                               )
            Plaintiff,         )        [~~PROPOSED~~]
                               )        ORDER
      vs.                      )
                               )
REGINALD HILEY,                )
                               )
            Defendants.        )
_____)        Judge: Hon. Kandis A. Westmore

     For the reasons stated in the stipulation filed by counsel, the Court finds that a continuance of the March 25, 2013 hearing on the supervised release violation petition pending against defendant Reginald Hiley is warranted.  That hearing is vacated, and the matter is hereby set before the duty magistrate judge on Wednesday, August 28, 2013 at 9:30 a.m. for status.  If the circumstances requiring the continuance are still extant as that date approaches, the parties shall submit a stipulation seeking a further continuance.

IT IS SO ORDERED.

DATED:_03/21/13_____          _____
                              Hon. Kandis A. Westmore
                              United States Magistrate Judge